**Order entered February 9, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01337-CV

## IN THE INTEREST OF Z.E., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-22-00703-W**

## ORDER

Before the Court is Father's motion for an eight-day extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 15, 2023.

/s/    KEN MOLBERG
        JUSTICE